IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY J. DEPOLO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BOARD OF SUPERVISORS OF | : | NO. 14-6689 |
| TREDYFFRIN TOWNSHIP et al. | : | |

ORDER

AND NOW, this 18th day of May, 2015, upon consideration of the motions to dismiss filed by the Board of Supervisors of Tredyffrin Township and its members ("Board") (docket entry # 22) and the Zoning Hearing Board of Appeals and its members ("ZHBA") (docket entry # 2), and the plaintiff's opposition thereto, as well as the ZHBA's motion for leave to file a reply (docket no. 24) and the would-be interveners'' motion for reconsideration (docket entry # 38), it is hereby ORDERED that:

1.      The ZHBA's motion for leave to file a reply is GRANTED;

2.      The ZHBA's motion to dismiss is GRANTED;

3.      The Board's motion to dismiss is GRANTED;

4.      The would-be interveners'' motion for reconsideration is DENIED AS MOOT;

5.      The Court having determined under 28 U.S.C. § 1367(c) that it declines to exercise its supplemental jurisdiction under plaintiff's state law claims, the plaintiff's case is DISMISSED; and

6.      The Clerk of Court shall CLOSE this action statistically.

BY THE COURT:

 _/s/ Stewart Dalzell, J.
Stewart Dalzell, J.